IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Benjamin Anderson | : | Case No. 3:04-cv-243 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | |
| Montgomery County Ohio, et al. | : | |
| Defendant. | | |

### DECISION AND ENTRY ORDERING UNSEALING OF CAPTIONED CAUSE; CAPTIONED CAUSE REMAINS DISMISSED WITHOUT PREJUDICE

This Court, having inquired of Plaintiff's Counsel whether he objects to the captioned cause being unsealed, as recommended by the United States Attorneys' Office, and Plaintiff's Counsel having replied that he agrees to the unsealing, hereby Orders the captioned cause to remain terminated, albeit UNSEALED at this time.

**IT IS SO ORDERED.**

Date: 11-29-23

*Walter H. Rice*
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

c: Lawrence J. Greger
Jeffrey S. Garey, Case Management Supervisor